# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JENEA CHANCE,<br><br>  Petitioner,<br><br>  v.<br><br>A. DE LA CRUZ,<br><br>  Respondent. | Case No. 1:24-cv-00709-JLT-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF MOTION TO DISMISS<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 22, 2024, Respondent filed a motion to dismiss the petition. (ECF No. 9.) On November 5, 2024, the Court issued findings and recommendation recommending that the motion to dismiss be granted in part, Petitioner's unexhausted sufficiency of the evidence claim be dismissed without prejudice, and Petitioner be allowed to proceed with the exhausted claims. (ECF No. 12.) On December 3, 2024, Petitioner filed a notice, informing the Court that she never received the motion to dismiss. (ECF No. 13.)

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court is DIRECTED to mail a copy of the motion to dismiss (ECF No. 9) to Petitioner;

2. Within **twenty-one (21)** days of the date of service of this order, Petitioner SHALL file a response to the motion to dismiss; and

1

3. Within **fourteen (14)** days of the date an opposition has been filed in CM/ECF, Respondent may file a reply.

IT IS SO ORDERED.

Dated: __**December 4, 2024**__

STANLEY A. BOONE
United States Magistrate Judge