# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JENEA CHANCE,<br><br>    Petitioner,<br><br>    v.<br><br>A. DE LA CRUZ,<br><br>    Respondent. | Case No. 1:24-cv-00709-JLT-SAB-HC<br><br>ORDER STAYING PROCEEDINGS, TERMINATING PETITIONER'S MOTION TO STAY, AND DIRECTING PETITIONER TO FILE STATUS REPORT<br><br>(ECF No. 22) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 29, 2025, the Court denied Respondent's motion to dismiss and allowed Petitioner to proceed with the procedure set forth in Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002). (ECF No. 20.) On September 24, 2025, Petitioner filed a first amended petition ("FAP") containing only exhausted claims, which satisfies the first requirement for a Kelly stay. (ECF No. 21.)

Along with the FAP, Petitioner filed a motion to stay. (ECF No. 22.) However, as the Court previously granted Petitioner leave to proceed with the Kelly stay procedure, (ECF No. 20), the motion will be terminated as moot.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The proceedings are STAYED pending exhaustion of state remedies;
2. Petitioner's motion to stay (ECF No. 22) is TERMINATED as MOOT;
3. Petitioner is DIRECTED to file a status report within thirty (30) days of the date of service of this order, and then every ninety (90) days thereafter; and
4. Within thirty (30) days following the final order of the state courts, Petitioner MUST FILE an amended petition in this Court including all exhausted claims.

Petitioner is forewarned that failure to comply with this order will result in the Court vacating the stay.

IT IS SO ORDERED.

Dated:   **September 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge